IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR WALTHOUR,<br>**Plaintiff,**<br><br>v.<br><br>JUDGE JOHN W. HERRON,<br>**Defendant.** | CIVIL ACTION<br><br><br>NO. 17-5197 |

## ORDER

AND NOW, this 28th day of November, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's memorandum. The Court certifies that any appeal from this order would be frivolous and not taken in good faith.

3. The Clerk of Court shall not docket any additional complaints filed by plaintiff that fall within the scope of the injunction issued by Judge Kearney in his September 22, 2016 order in *Walthour v. Herron*, E.D. Pa. Civ. A. No. 16-2162.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JOEL H. SLOMSKY, J.